IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| EDGAR MILTON THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 25-1295-KHV |
| | ) | |
| COMMERCE BANCSHARES INCORPORATED, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**MEMORANDUM AND ORDER**

On January 12, 2026, Magistrate Judge Brooks G. Severson recommended that the Court dismiss plaintiff's federal claims in his Civil Complaint (Doc. #1) filed December 23, 2025 for failure to state a claim on which relief could be granted and decline to exercise supplemental jurisdiction over his state law claims. See Report And Recommendation For Dismissal Of Plaintiff's Complaint (Doc. #9).

Plaintiff had until January 29, 2026 to file objections to the proposed findings and recommendation. See Fed. R. Civ. P. 72(b)(2) (party must file objection within 14 days after service of report and recommendation); Fed. R. Civ. P. 6(d) (deadline extended three days for service by mail). No party has objected. For this reason and substantially the reasons stated in the Report And Recommendation For Dismissal Of Plaintiff's Complaint (Doc. #9), the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Report And Recommendation For Dismissal Of Plaintiff's Complaint (Doc. #9) is **ADOPTED**.

**IT IS FURTHER ORDERED** that under 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 12(b)(6), Fed. R. Civ. P., the Court dismisses plaintiff's claims under federal law in the

**Civil Complaint** (Doc. #1) filed December 23, 2025 for failure to state a claim on which relief can be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over plaintiff's claims under state law in the **Civil Complaint** (Doc. #1) filed December 23, 2025 and hereby dismisses the state law claims without prejudice.

Dated this 5th day of February, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge